# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**DOUGLAS DUANE DA MOUDE,**

           **Plaintiff,**

    vs.

**WELLS FARGO MORTGAGE BANK,**

           **Defendant.**

**4:14CV3080**

**ORDER**

This matter is before the court sua sponte.

**On or before August 6, 2014**, the plaintiff shall file a notice of his intent to proceed with this lawsuit, a motion for substitution of parties, if appropriate, or a motion to voluntarily dismiss this action, in accordance with Rule 41(a).  If the plaintiff fails to comply with this order the plaintiff and this action may be dismissed, without further notice, pursuant to Rule 41(b).

    **IT IS SO ORDERED.**

Dated this 6th day of June, 2014.

                         BY THE COURT:

                         s/ Thomas D. Thalken
                         United States Magistrate Judge